RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 4/20/16
BY_____ mB

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| KYLE A. HARLESS | CIVIL DOCKET NO. 6:16-0006 |
|---|---|
| -vs- | JUDGE DRELL |
| LIFE INSURANCE COMPANY OF NORTH AMERICA | MAGISTRATE JUDGE HANNA |

### ORDER OF DISMISSAL

The Court having been advised by counsel that this matter has been settled,

**IT IS ORDERED** that this action is DISMISSED, without prejudice to the right, upon good cause shown within sixty (60) days of the signing of this Order, to reopen the action if settlement is not consummated. **The Clerk is now requested to close this case.**

**IT IS FURTHER ORDERED** that the parties submit to the Court, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, a stipulation of dismissal signed by all applicable parties, together with a judgment for execution by the Court. Any motion that may be pending in this case is hereby denied as moot.

SIGNED on this 20th day of April, 2016, at Alexandria, Louisiana.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT